UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

SHALOM OHAYON,

                Plaintiff,

-against-

AT&T CORP.; SONY ELECTRONICS INC.;
MATSUSHITA ELECTRIC CORPORATION
OF AMERICA; SAMSUNG
TELECOMMUNICATIONS AMERICA, LP;
ERICKSSON INC.; VERIZON WIRELESS;
MICROSOFT CORPORATION; STAPLES, INC.;
SPRINT PCS; RADIO SHACK CORPORATION;
NOKIA INC.; NEXTEL COMMUNICATIONS;
BEST BUY CORP.; MOTOROLA, INC.;
GENERAL ELECTRIC; INTERNATIONAL
BUSINESS MACHINES; and SEARS, ROEBUCK
AND CO.,

                Defendants.
----------------------------------------------------------------X

JUDGMENT
03-CV-1401 (ERK)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ MAR 22 2006 ★
BROOKLYN OFFICE

       An Order of Honorable Edward R. Korman, United States District Judge, having been filed on March 10, 2006, adopting the Report and Recommendation of Magistrate Judge Lois Bloom, dated February 16, 2006, without prejudice to plaintiff moving for reconsideration; and directing that plaintiff may have 120 days to file a motion for reconsideration; it is

       ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Lois Bloom is adopted without prejudice to plaintiff moving for reconsideration; and that plaintiff may have 120 days to file a motion for reconsideration.

Dated: Brooklyn, New York
         March 16, 2006

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court