FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ MAY 16 2006 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SHALOM OHAYON,
        Plaintiff,

AMENDED JUDGMENT
03-CV-1401-ERK(LB)

v.

AT&T, et al.,
        Defendants,

---

    An Order of Honorable Edward R. Korman, United States District Judge, having been filed on May 4, 2006, denying plaintiff's motion for reconsideration of the order adopting the Report and Recommendation of Magistrate Lois Bloom, dated February 16, 2005; it is

    ORDERED and ADJUDGED that plaintiff take nothing of the defendants; and plaintiff's motion for reconsideration is denied. Defendants' remaining counterclaims are dismissed without prejudice or as moot.

Dated: Brooklyn, New York
       May 11, 2006

                                         s/Robert C. Heinemann
                                         Robert C. Heinemann
                                         Clerk of Court